■ EDWARD E. FALLON, Appellant, v PAUL J. LOREE et al.,

Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Fallon v Loree* ([appeal No. 1], 136 AD2d 956 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Marshall, J.—medical malpractice.) Present—Dillon, P. J., Callahan, Doerr, Green and Balio, JJ.